# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DARRELL ARCHER,**

       **Plaintiff,**

**v.**                            **Case No.: 8:16-cv-3067-T-CEH-AAS**

**WAL-MART STORES EAST, LP,**
**KRISTINE WOOD, EDWARD CAMP,**
**CHARLES CARAWAY, KANARA HARRIS,**

       **Defendants.**

_____/

## ORDER

Defendant Wal-Mart Stores East, LP (Wal-Mart) requests that the court enter an order requiring Plaintiff Darrell Archer to complete Form 1.997 Fact Information Sheet. (Doc. 326). Mr. Archer has not responded in opposition to Wal-Mart's motion and the time for doing so has passed.

On March 25, 2021, the court entered a judgment for Wal-Mart and against Mr. Archer for $15,000.00, plus post-judgment interest. (Doc. 325). Mr. Archer is unwilling to satisfy the judgment.

Florida Rule of Civil Procedure 1.560, titled Discovery in Aid of Execution, provides:

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court.

Florida's rules pertaining to discovery in aid of execution, requiring that a judgment creditor be ordered to fill out Form 1.977, apply. *See* Fed. R. Civ. P. 69(a) ("In aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located.").

Accordingly, Wal-Mart's Motion Requiring Mr. Archer to Complete Form 1.997 Fact Information Sheet (Doc. 326) is **GRANTED**. Mr. Archer must mail or deliver a completed Form 1.977 (attached to Wal-Mart's motion at Doc. 326-1), including all required attachments, to Attorney William Brumby at Quintairos, Prieto, Wood & Boyer, P.A., 1410 N. Westshore Boulevard, Suite 200, Tampa, Florida 33607, no later than **June 18, 2021**.

**ORDERED** in Tampa, Florida on May 11, 2021.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge